# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**SUPPRESSED**

United States of America
v.
MARK RICHARDSON

Case No. 18-30114-NJR-03

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MARK RICHARDSON,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18:371  Conspiracy to Commit Carjacking
Counts 2,4,6 - 18:2119 Carjacking
Counts 3,5,7 - 18:924(c)(1)(A) Carry and Use of a Firearm During a Crime of Violence

Date:   01/18/2018

*Issuing officer's signature* — Deputy

City and state:   East St. Louis, IL

JUSTINE FLANAGAN, Acting Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |